1  KENNETH L. ROSENFELD, SBN 186060
   **THE ROSENFELD LAW FIRM**
2  1000 G Street, Suite 240
   Sacramento, CA 95814
3  Telephone: 916-447-2070
   Facsimile:  916-447-2097
4  E-mail: klresq@therosenfeldlawfirm.com

5  Attorney for Defendant
   Dimitri Alfons Dahdouh

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. S-09-071 EJG |
|---|---|
| Plaintiffs, | ) STIPULATION TO CONTINUE |
|  | ) DATE FOR STATUS HEARING |
| vs. | ) |
|  | ) Date:  June 26, 2009 |
| DIMITRI ALFONS DAHDOUH, | ) Time:  10:00 |
|  | ) Judge: Honorable Edward J. Garcia |
| Defendant. | ) |
|  | ) AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto through their representative counsel, William Wong, Assistant United States Attorney, and Kenneth L. Rosenfeld, attorney for defendant Dahdouh, that the present date for the status conference shall be continued to June 26, 2009.

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through June 26, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to title 18 U.S.C. § 3161(H) (8) (B) (iv) and Local Code T4 for further defense investigation and effective preparation.

//
//

1 | Dated:       June 3, 2009                              Respectfully submitted,

2                                                          /s/Kenneth L. Rosenfeld
                                                           KENNETH L. ROSENFELD
3                                                          Attorney for Defendant

4                                                          LAWRENCE G. BROWN
                                                           Acting United States Attorney
5

6                                              By:         /s/ William S. Wong
                                                           WILLIAM S. WONG
7                                                          Assistant United States Attorney

8

9                              **ORDER**

10     **IT IS SO ORDERED.**     Time is excluded in the interests of justice pursuant to

11  18 U.S.C. § 3161 (H) (8) (B) (iv) and Local Code T4.

12  Dated: June 4, 2009

13                                  /s/ Edward J. Garcia
                                    THE HONORABLE EDWARD J. GARCIA
14                                  United States District Court

Stipulation to Continue Status Conference                                           2